IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADEL ALKAZAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:18-cv-00239-CVE-FHM |
| vs. | ) |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) ATTORNEY LIEN CLAIMED |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Adel Alkazaz, by and through his attorneys of record, and hereby notifies the Court and all parties that he is voluntarily dismissing this action and his claims against the Defendant, State Farm Fire and Casualty Company, without prejudice to their re-filing, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Respectfully submitted,

**SMOLEN, SMOLEN & ROYTMAN, PLLC**

/s/ Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
donaldsmolen@ssrok.com
laurahamilton@ssrok.com
*Attorneys for Plaintiff*

---

[1] Such section provides that a Plaintiff may voluntarily dismiss an action without an order from the Court by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

Page 1 of 2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of June, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                            /s/ Donald E. Smolen, II